UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA SANCHEZ MAGALLANES,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>            Defendant. | No. 2:19-cv-08600-JDE<br><br>ORDER TO SHOW CAUSE RE POTENTIAL SANCTIONS FOR FAILURE TO TIMELY FILE JOINT SUBMISSION |

Per the Court's Order of June 24, 2020, the parties' Joint Submission in this action was due to be filed by August 3, 2020. See Dkt. 20 ("Order"). The parties did not file their Joint Submission by August 3, 2020.

The Court notes that Defendant has already received two 35-day extensions to provide his portion of the Joint Submission to Plaintiff. See Dkt. 18, 20. Thus, under the Scheduling Order (see Dkt. 9), Defendant was provided 105 days to provide his portion of the Joint Submission to Plaintiff. The Order also directed that it was Defendant's responsibility to file the Joint Submission by August 3, 2020.

     The parties are ordered to show cause in writing by August 7, 2020, why sanctions should not be imposed for the failure to comply with the Order. The parties are reminded that under the Scheduling Order, each party is responsible for advising the Court when an opposing party fails to comply with a deadline imposed by the Scheduling Order. See Dkt. 9, ¶ 6). The parties may comply with this order by filing the completed Joint Stipulation by August 7, 2020, in which case no further showing or filing shall be required.

Dated: August 05, 2020

                                                                              JOHN D. EARLY
                                                                              United States Magistrate Judge