UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIA SANCHEZ MAGALLANES,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-08600-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

  Based upon the parties' Stipulation (Dkt. 25), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $6,900 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: October 16, 2020

                _____
                JOHN D. EARLY
                United States Magistrate Judge